# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jimmie Lee Williams, Debtor                Case No. 23-51610-KMS
                                                    **CHAPTER 13**

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  September 15, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jimmie Lee Williams, Debtor                    Case No. 23-51610-KMS
                                                          **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 16, 2025, to:

By Electronic CM/ECF Notice:

      Chapter 13 Case Trustee

      U.S. Trustee

                                          <u>/s/ Thomas C. Rollins, Jr.</u>
                                          Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-51610-KMS |
|---|---|
| JIMMIE LEE WILLIAMS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 23-51610-KMS |
| JIMMIE LEE WILLIAMS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/16/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51610-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON SEP 15 13-2-23 PST 2025 | (U)INTERNAL REVENUE SERVICE | THE BANK OF NEW YORK MELLON TRUST<br>COMPANY C<br>PO BOX 24781<br>ATTN SV19<br>WEST PALM BEACH  FL 33416-4781 |
| THE BANK OF NEW YORK MELLON TRUST<br>COMPANY  N<br>ATTN BANKRUPTCY DEPARTMENT  PO BOX 2460<br>WEST PALM BEACH  FL 33416-4605 | EXCLUDE<br>(U)THE BANK OF NEW YORK MELLON TRUST<br>COMPANY  N | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 |
| ALABAMA DEPT OF REVEN<br>50 NORTH RIPLEY STREET<br>MONTGOMERY  AL 36104 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | FINGERHUT<br>13300 PIONEER TRAIL<br>EDEN PRAIRIE  MN 55347-4120 |
| (P)FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | HARBOR LOAN<br>100 EASTBROOK DR<br>STE 40<br>PETAL  MS 39465-6008 | HATTIESBURG CLINIC  PA<br>415 SOUTH 28TH AVE<br>HATTIESBURG  MS 39401-7283 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MASON EASY PAY<br>PO BOX 2808<br>MONROE  WI 53566-8008 |
| MONTEREY FINANCIAL SER<br>4095 AVENIDA DE LA PLA<br>OCEANSIDE  CA 92056-5802 | NATHAN RESTER  ESQ<br>LOGS LEGAL GROUP LLP FOR THE BANK OF<br>NEW YORK MELLON TRUST AS TRUSTEE<br>1080 RIVER OAKS DRIVE  SUITE B-202<br>FLOWOOD MS 39232-7603 | NAVY FEDERAL CREDIT UN<br>PO BOX 3100<br>MERRIFIELD  VA 22119-3100 |
| ONEMAIN FINANCIAL GROUP  LLC AS<br>SERVICER FOR<br>ONEMAIN DIRECT AUTO RECEIVABLE<br>TRUST2019<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| PHH MORTGAGE<br>PO BOX 24738<br>WEST PALM BEACH  FL 33416-4738 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | EXCLUDE<br>(D)(P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SEVENTH AVE<br>CO CREDITORS BANKRUPT<br>PO BOX 740933<br>DALLAS  TX 75374-0933 | THE BANK OF NEW YORK MELLON<br>CO PHH MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH  FL 33416-4605 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VIRGINIA WILLIAMS
3 SHIRLEY DR
ELLISVILLE MS 39437-5184

WILKIN GRAY HENSARLING ESQ
LOGS LEGAL GROUP LLP
ATTY FOR THE BANK OF NEW YORK MELLON TRU
1080 RIVER OAKS DR STE B-202
FLOWOOD MS 39232-7603

EXCLUDE

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

JIMMIE LEE WILLIAMS
3 SHIRLEY DR
ELLISVILLE MS 39437-5184

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~