| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jimmie Lee Williams |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Southern | District of  Mississippi (State) |
| Case number | 23-51610-KMS |

# Official Form 410S1
# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ3 | **Court claim no.** (if known): | 3 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX0392 | **Date of payment change:** Must be at least 21 days after date of this notice | 12/1/2025 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,257.74 |

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   | Current escrow payment: | $ 295.87 | New escrow payment : | $ 325.51 |
   |---|---|---|---|

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   | Current interest rate: | % | New interest rate: | % |
   |---|---|---|---|
   | Current principal and interest payment: | $ _____ | New principal and interest payment: | $ _____ |

## Part 3:   Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
        *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   | Current mortgage payment: | $ _____ | New mortgage payment: | $ _____ |
   |---|---|---|---|

| Debtor 1 | **Jimmie Lee Williams** | Case number *(if known)* 23-51610-KMS |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Dane  Exnowski                                         Date   11/04/2025
         Signature

Print:   Dane                              Exnowski              Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number    Street

          Roswell                GA             30076
          City                   State          ZIP Code

Contact phone    562-661-5060                                    Email   Dane.Exnowski@mccalla.com

|  |  |
|---|---|
| In Re:<br>    Jimmie Lee Williams | Bankruptcy Case No.: 23-51610-KMS<br>Chapter:         13<br>Judge:           Katharine M. Samson |

### CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jimmie Lee Williams
3 Shirley Dr
Ellisville, MS 39437

Thomas Carl Rollins, Jr  *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee  *(Served via ECF at ecfnotices@rawlings13.net)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee  *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  11/07/2025      By:  /s/Dane Exnowski
               (date)                    Dane Exnowski
                                      Authorized Agent for Creditor



C/O PHH Mortgage Services| PO BOX 24738
West Palm Beach FL 33416

JIMMY L WILLIAMS
VIRGINIA WILLIAMS
3 SHIRLEY DR
ELLISVILLE MS 39437-5184

**Questions:** Visit us at
www.MortgageQuestions.com
**Call toll Free: 1-888-820-6474**
**Fax:** 1-856-917-8300

**Statement Date:** September 25, 2025
**Account Number:**

**Property Address:**
3  SHIRLEY DR
ELLISVILLE, MS  39437

# Escrow Analysis Statement

Dear: JIMMY L WILLIAMS, VIRGINIA WILLIAMS

As your servicer, we have safeguards in place to make sure there's enough money to make the tax and insurance payments. These safeguards protect you from unexpected payment changes. **Based on our review, the escrow account has a shortage. See below for details of what changed as well as when the new monthly payment will take effect.**

### 1. Your New Monthly Mortgage Payment

The new monthly mortgage payment includes changes to the escrow payment amount and a payment towards the shortage amount. See Section 2 for what's changed in the escrow account and Section 3 for shortage details.

| New Monthly Mortgage Payment Effective Date: December 2025 | | | | | |
|---|---|---|---|---|---|
| **OPTION 1: $1,246.38** | | | **OPTION 2: $1,257.74** | | |
| Pay the shortage in full using the attached shortage coupon or online at MortgageQuestions.com by 11/20/2025. | | | Pay each month with the mortgage payment. The shortage automatically spreads over 12 months. | | |
| **OPTION 1 MONTHLY PAYMENT** | | | **OPTION 2 MONTHLY PAYMENT** | | |
|  | **Current** | **New** |  | **Current** | **New** |
| Principal & Interest Amount | $937.44 | $932.23 | Principal & Interest Amount | $937.44 | $932.23 |
| Escrow Payment | $295.87 | $314.15 | Escrow Payment | $295.87 | $314.15 |
|  |  |  | Surplus/Shortage Amount | $0.00 | $11.36 |
| Total Monthly Payment | $1,233.31 | $1,246.38 | Total Monthly Payment | $1,233.31 | $1,257.74 |
| Difference in monthly payment |  | $13.07 | Difference in monthly payment |  | $24.43 |

**PLEASE NOTE:** If you use a bill pay service to make the payments, YOU must adjust the amount with the provider. If you're enrolled in Autopay, WE'LL automatically adjust the payment.

### 2. What Changed?

The new escrow payment includes changes to the tax and insurance amounts. The chart below shows what has changed in the escrow account. The anticipated annual escrow amounts include changes in taxes and Insurance.

| HERE'S HOW TO CALCULATE YOUR NEW MONTHLY ESCROW PAYMENT | | |
|---|---|---|
| Total [Taxes and Insurance] | Divide by 12 Months | New Monthly Escrow Payment |
| $3,769.82 | /12 = | $314.15 |

| Tax Insurance Type | CURRENT Annual Amount | NEW Annual Amount |
|---|---|---|
| County Tax | $1,164.39 | $1,144.41 |
| Hazard Insurance | $2,386.11 | $2,625.41 |
| **Annual Amount** | **$3,550.50** | **$3,769.82** |

**Other taxes/other insurance may include school district, village tax, water & sewer, irrigation, agency fees, ground rent and windstorm insurance.

### 3. Your Escrow Details

A shortage occurs when the anticipated escrow balance is less than the required minimum escrow balance. The **required minimum escrow balance** is the lowest positive balance allowed in the escrow account at any given time.

We require the escrow account to always maintain 2 month(s) of monthly escrow payment. This helps us minimize the impact to the monthly mortgage payment when property tax and insurance rates increase See Section 4 for details.

| | |
|---|---|
| Required Minimum Escrow Balance | $3,455.67 |
| Anticipated Escrow Balance | $2,400.57 |
| Escrow adjusted per Proof of Claim | $918.78 |
| Shortage Amount | $136.32 |

We determine the **anticipated escrow balance** using the current tax and insurance expenses and the anticipated escrow payments for the

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



upcoming year. See Section 2 for details. To balance the account, we compare the estimated lowest account balance to the new anticipated escrow balance. See Section 4 for details.

The difference between the required minimum escrow balance and the anticipated escrow balance can leave a shortage or overage. Based on our review, there is a shortage of $136.32.

### 4. Anticipated Escrow Amounts

Over the next 12 months, we project the following activity will occur in the escrow account. The required minimum escrow balance in the account should be no less than $628.30 for the upcoming year. This is known as the low point and is indicated as LP below. The anticipated lowest account balance of -$426.80 will be reached in February 2026. The difference between the required balance of $628.30 and the anticipated balance of -$426.80 resulted in an escrow shortage in the amount of $136.32.

| Date | Description | ANTICIPATED AMOUNTS PAID INTO THE ESCROW ACCOUNT ($) | ANTICIPATED AMOUNTS PAID OUT OF THE ESCROW ACCOUNT ($) | ANTICIPATED ESCROW BALANCE ($) | REQUIRED ESCROW ACCOUNT BALANCE ($) |
|---|---|---|---|---|---|
|  | Opening Balance |  |  | $2,400.57 | $3,455.67 |
| Dec 2025 | COUNTY TAX | 314.15 | 1,144.41 | 1,570.31 | 2,625.41 |
| Jan 2026 |  | 314.15 | 0.00 | 1,884.46 | 2,939.56 |
| Feb 2026 | HAZARD INS. | 314.15 | 2,625.41 | -426.80 | 628.30 LP |
| Mar 2026 |  | 314.15 | 0.00 | -112.65 | 942.45 |
| Apr 2026 |  | 314.15 | 0.00 | 201.50 | 1,256.60 |
| May 2026 |  | 314.15 | 0.00 | 515.65 | 1,570.75 |
| Jun 2026 |  | 314.15 | 0.00 | 829.80 | 1,884.90 |
| Jul 2026 |  | 314.15 | 0.00 | 1,143.95 | 2,199.05 |
| Aug 2026 |  | 314.15 | 0.00 | 1,458.10 | 2,513.20 |
| Sep 2026 |  | 314.15 | 0.00 | 1,772.25 | 2,827.35 |
| Oct 2026 |  | 314.15 | 0.00 | 2,086.40 | 3,141.50 |
| Nov 2026 |  | 314.15 | 0.00 | 2,400.55 | 3,455.65 |
| Total |  | $3,769.80 | $3,769.82 |  |  |

The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on 11/30/2023 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account is subject to any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

### 5. Escrow Account History

| Date | Description | AMOUNT PAID TO ESCROW | | AMOUNT WE PAID FROM ESCROW | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
|  |  | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) |
|  | Opening balance |  |  |  |  | $3,254.64 | $1,078.80 |
| Dec 2024 | COUNTY TAX | 295.87 | 616.46 * | 1,164.39 | 1144.41 * | 2,386.12 | 550.85 |
| Jan 2025 | HAZARD INS. | 295.87 | 308.23 * |  | 2625.41 * | 2,681.99 | -1,766.33 |
| Feb 2025 | HAZARD INS. | 295.87 | * | 2,386.11 | * | 591.75 | -1,766.33 |
| Mar 2025 |  | 295.87 | 616.46 * |  |  | 887.62 | -1,149.87 |
| Apr 2025 |  | 295.87 | 591.74 * |  |  | 1,183.49 | -558.13 |
| May 2025 |  | 295.87 | 295.87 |  |  | 1,479.36 | -262.26 |
| Jun 2025 |  | 295.87 | 295.87 |  |  | 1,775.23 | 33.61 |
| Jul 2025 |  | 295.87 | * |  |  | 2,071.10 | 33.61 |
| Aug 2025 |  | 295.87 | 591.74 * |  |  | 2,366.97 | 625.35 |
| Sep 2025 |  | 295.87 | 1,183.48 * E |  | E | 2,662.84 | 1,808.83 |
| Oct 2025 |  | 295.87 | 295.87 E |  | E | 2,958.71 | 2,104.70 |
| Nov 2025 |  | 295.87 | 295.87 E |  | E | 3,254.58 | 2,400.57 |
| Totals |  | $3,550.44 | $5,091.59 | $3,550.50 | $3,769.82 |  |  |

The letter E in the table above indicates that all or a portion of a payment has not happened but is estimated to happen. An asterisk (*) indicates a difference from projected activity either in the amount or date.

NMLS: 2726                     www.MortgageQuestions.com                                              EA200

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

## FREQUENTLY ASKED QUESTIONS

### What is an escrow analysis?

An escrow analysis is a review of your escrow account to ensure enough funds are collected during the year to pay upcoming installments of your insurance premium(s) and/or property taxes. Any increase or decrease to your annual property taxes or insurance premiums may cause the mortgage payment amount to change. We provide details of the annual analysis in the Escrow Account Statement. The statement details the most recent escrow review. You may receive more than one analysis in the year. There are a number of reasons for an interim escrow analysis.

The most common reasons are:

- The loan was acquired from another servicer.
- A material change to insurance or tax amounts due.
- Changes after closing.
- Change in tax or insurance due dates.

### How is the required escrow beginning account balance determined?

The required beginning escrow balance is made up of a cushion plus any prorated taxes and insurance needed to fulfill the anticipated disbursements for the next 12 months.

### Why did the monthly escrow payment change?

The monthly escrow payment is comprised of 1/12th of all anticipated annual disbursements. If there is an increase or decrease in the annual tax or insurance amounts the monthly escrow payment will change. Please refer to the escrow analysis for a more detailed explanation of the disbursement amounts.

### How did you calculate the new escrow payment?

We list all possible disbursements or expenses such as property taxes or insurance premiums to be paid on your behalf for the next 12 months. We take the total and divide the amount by 12 payments. The total anticipated disbursements divided by 12 payments equals the monthly escrow payment. Due to changes in property taxes or insurance premiums, it is possible the escrow account could end up with a balance which is less than the target cushion amount. This is referred to as a shortage.

Any shortage of funds in the escrow account will be determined at the time of the escrow analysis. Additionally, it is possible the escrow account could end up with a balance which is greater than the required cushion amount. This is referred to as a surplus.

### What is an escrow cushion?

An escrow cushion is the amount of money set aside in the escrow account to cover any unanticipated costs such as an increase in property taxes or insurance premiums and prevents the escrow balance from being overdrawn. By law the cushion must be no greater than one-sixth (1/6) of the estimated total annual disbursements from the escrow account.

### If the escrow account has a surplus, when will I receive the overage check?

If the escrow analysis resulted in an escrow surplus greater than $49.00 and the account is not more than 30 days past due, has not been referred to foreclosure, and the account is not in bankruptcy at the time the escrow analysis is performed, an escrow refund check will either be included with the escrow analysis statement or sent under separate cover within 30 days.

Any surplus under $49.00 will be adjusted from the monthly escrow payment.

### Where do I send the escrow shortage payment?

You may direct deposit the escrow shortage amount to the escrow account using our pay by phone service or website. There may be fees associated with these payment services. You may also send in funds to escrow by mail. If sending by mail, be sure to write the account number on the check and specify "ESCROW application" on the memo line. Mail to:

PHH Mortgage
PO Box 371867
Pittsburgh, PA 15250-7867

Overnight mail:
PHH Mortgage
Attn: 371867
500 Ross Street 154-0470
Pittsburgh, PA 15250

Once the escrow funds are received, the monthly escrow payment will be adjusted within 10 business days of posting. If the escrow analysis discloses a shortage greater than one month's escrow payment, PHH cannot and does not require repayment of this amount and, instead, PHH has spread any shortage across the monthly escrow payments.

**Note:** Even if you pay the full shortage amount, your monthly escrow payment may still increase due to higher taxes and/or insurance. Please review your next escrow analysis statement for further details.

### How do I remove the escrow account?

Contact us to request a review of the loan for escrow waiver eligibility or download the escrow removal form on our website www.mortgagequestions.com and send the form to us. Upon receiving your written request, subject to eligibility based on investor guidelines we will review and send out notification with the decision.

### What should I do if the account is escrowed and I received a delinquent tax bill, tax exemption, or tax reduction notice?

Write the account number on the tax correspondence and share it with us:

Email: KanaTax@MortgageFamily.com
Fax: 1-562-682-8880
Mail: PHH Mortgage Servicing
Attn: Tax Department
PO Box 24665
West Palm Beach FL 33416-4665

### What do I do if the account was escrowed as a result of a delinquent tax payment notice and I have proof of payment?

You can send the proof of payment to us. Write your account number on the correspondence and send it to us:

Email: TAX@mortgagefamily.com
Fax: 1-561-682-8880
Mail: PHH Mortgage Servicing
Attn: Tax Department
PO Box 24665
West Palm Beach FL 33416-4665

### What should I do if I receive a check from my insurance carrier for property damage or have questions regarding an existing claim?

Please call us at 1-888-882-1815, Monday through Friday 8 am to 9 pm ET and Saturday 8 am to 5 pm ET.

### What should I do if I change insurance carriers?

Insurance policy information can be uploaded on our website at MyCoverageInfo.com/Mortgage Family. You can also send us a copy of the insurance declaration page by fax to 1-937-525-4210 or by email to MortgageFamily@MyCoverageInfo.com.

If you have any questions regarding your insurance policy information, please contact our Insurance Customer Care center directly for further assistance at 1-888-882-1855, Monday through Friday, 8 am to 9 pm ET and Saturday 8 am to 5 pm ET.

This page intentionally left blank

**Escrow Analysis
Coupon**

Borrower Name: JIMMY L WILLIAMS
Account Number: ███████

**Shortage Amount: $136.32**                    ☐    I choose to repay the shortage of $ _____ in full.

Make the check payable to **PHH Mortgage Services** and mail it with this coupon in the envelope provided. The lump sum payment must be received by **11/20/2025** to be effective with the **December 2025** payment.

PHH Mortgage Services
PO BOX 371867
PITTSBURGH PA 15250-7867

The shortage can also be paid online by visiting the website shown at the top of this statement.