| **Fill in this information to identify the case:** | |
|---|---|
| **Debtor 1** | Jimmie Lee Williams |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : Southern | **District of** Mississippi (State) |
| **Case number** | 23-51610-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change 12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ3 | **Court claim no.** (if known): | 3 |
|---|---|---|---|
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX0392 | **Date of payment change:** Must be at least 21 days after date of this notice | 2/1/2026 |
| | | **New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3* | $1,237.81 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☒ No
   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   | Current escrow payment: | $ _____ | New escrow payment : | $ _____ |
   |---|---|---|---|

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☐ No
   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   | Current interest rate: | 10.62500% | New interest rate: | 10.12500% |
   |---|---|---|---|
   | Current principal and interest payment: | $ 932.23 | New principal and interest payment: | $ 912.30 |

### Part 3: Annual HELOC Notice

3. **Will there be a change in the debtors' home-equity line-of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   | Current HELOC payment: | $ _____ |
   |---|---|
   | Reconciliation amount: | + $ _____ |
   | | - $ _____ |

Debtor 1   __Jimmie Lee Williams__   Case number *(if known)*   __23-51610-KMS__
           First Name   Middle Name   Last Name

|  | Amount of next payment (including reconciliation amount) | $ |
|--|--|--|
|  | Amount of the new payment thereafter (without reconciliation amount) | $ |

### Part 4: Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____        **New mortgage payment:**   $ _____

### Part 5: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   __/s/Michael  McCormick__                                    Date   __12/30/2025__
     Signature

Print:   __Michael__            __McCormick__              Title   __Authorized Agent for Creditor__
         First Name   Middle Name   Last Name

Company   __McCalla Raymer Leibert Pierce, LLP__

Address   __1544 Old Alabama Road__
          Number   Street
          __Roswell__            __GA__         __30076__
          City                    State          ZIP Code

Contact phone   __678-281-3918__                     Email   __Michael.McCormick@mccalla.com__

Official Form 410S1            Notice of Mortgage Payment Change                     page 2

|  |  |
|---|---|
| In Re:<br>Jimmie Lee Williams | Bankruptcy Case No.: 23-51610-KMS<br>Chapter: 13<br>Judge: Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jimmie Lee Williams
3 Shirley Dr
Ellisville, MS 39437

Thomas Carl Rollins, Jr          *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee          *(Served via ECF at ecfnotices@rawlings13.net)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee          *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  __12/31/2025__   By:   __/s/Michael McCormick__
         (date)                     Michael McCormick
                                    Authorized Agent for Creditor



C/O PHH Mortgage Services |PO BOX 24738
West Palm Beach FL 33416

Toll Free: 1-888-820-6474
Website: www.MortgageQuestions.com
Loan Number:

JIMMY L WILLIAMS
VIRGINIA WILLIAMS
3 SHIRLEY DR
ELLISVILLE MS 39437-5184

December 2, 2025

Dear Customer(s),



**Why We Are Sending This Letter**

The mortgage interest rate and monthly payment will change on January 1, 2026



**What Needs To Be Done**

We have included the following information with this notice:

- A table comparing the previous interest rate and payment amount to the new interest rate and payment amount
- Any limits on interest rate or payment adjustments
- An explanation of how the interest rate is determined

Note: If the account is escrowed, the payments include mortgage insurance, property taxes, homeowners insurance, and any additional property assessments or other escrow items. Please refer to the monthly account statements for the breakdown.



**What We Will Do**

Adjustments to this account will be performed in accordance with the mortgage documents.

For any questions about this notice or the account, please call us at 1-888-820-6474. We are available Monday through Friday from 8:00 AM to 9:00 PM and Saturday from 8:00 AM to 5:00 PM ET. Information about this mortgage account is also available online at www.MortgageQuestions.com.

NMLS: 2726                          www.MortgageQuestions.com                          AR039

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*



C/O PHH Mortgage Services |PO BOX 24738
West Palm Beach FL 33416

## Changes to the Mortgage Interest Rate and Payments on January 1, 2026

Under the terms of the Adjustable-Rate Mortgage (ARM), there was a 6 month period during which the interest rate remained the same. That period ends on January 1, 2026, so the interest rate may change on that date. After that, the interest rate and payment may change every 6 months for the rest of the account term. Any change in the interest rate may also change the mortgage payment.

|  | **Current Rate and Monthly payment** | **New Rate and Monthly payment** |
|---|---|---|
| Interest Rate | 10.62500% | 10.12500% |
| Principal | $304.31 | $316.49 |
| Interest | $627.92 | $595.81 |
| Escrow (Taxes and Insurance) | $325.51 | $325.51 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| **Total Monthly Payment** | $1,257.74 | $1,237.81 **(Due February 1, 2026)** |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points,called the "margin". Under the mortgage documents, the index rate is the 4.13203% and the margin is 5.97500%.
The FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH-1ST BUSINESS DAY is published MONTHLY in the FTSE RUSSELL.

**Note:** The index name **"Refinitiv USD IBOR Cash Fallbacks"** has been replaced with **"FTSE USD IBOR Cash Fallbacks."**  This does not impact the account in any manner, this is for informational purpose.

**Rate Limits:** The rate cannot go higher than 15.37500% over the life of the account. The rate can increase for this adjustment period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new principal & interest payment is based on the FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH-1ST BUSINESS DAY, the margin, the account balance of $70,613.99, and the remaining account term of 126 months.

Note: If the account has a deferred principal balance, it will be due at the earlier of the sale of the property, payoff or refinance of the mortgage, or the final maturity date, or as indicated by the terms of a confirmed bankruptcy plan if applicable. Please refer to the mortgage statements or account documents. For any questions, please contact us at the number above.

**Prepayment Penalty:** None

Sincerely,
Loan Servicing

NMLS: 2726                www.MortgageQuestions.com                AR039
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.