B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-51610** |
| **JIMMIE LEE WILLIAMS** | § | |
| **DEBTOR** | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ3
C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
_____
Name of Transferee

The Bank of New York Mellon
c/o PHH Mortgage Corporation
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

> **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
> **PO Box 10826**
> **Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx0392**

Court Claim # (if known): 3-1
Amount of Claim: $83,987.11
Date Claim Filed: 1/2/2024

Name and Address where transferee payments should be sent (if different from above):

> **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
> **PO Box 10826**
> **Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx0392**

Phone:
Last Four Digits of Acct.# xxxxxx**0392**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
_____
Transferee/Transferee's Agent

Date: _____ 7/7/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MSS_Shell_TOC_2351610_3_09OS_197

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before July 14, 2026 via U.S Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**            *Via U.S. Mail*
Jimmie Lee Williams
3 Shirley Dr
Ellisville, MS 39437-5184

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman